# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| BIANCA S. HOOD,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW LAWRENCE, in his Individual and Official Capacity, Ware County Detention Officer, et al.,<br><br>    Defendants. | CV 521-064 |

**ORDER**

Before the Court is Plaintiff Bianca Hood's motion to drop Defendants Peter Wrobel, Pam Ansley, and Amy Morgan with prejudice. Dkt. No. 82. Therein, Plaintiff states that, during the course of discovery, Plaintiff determined that these particular Defendants did not participate in the conduct forming the basis of Plaintiff's complaint. Plaintiff seeks to dismiss these Defendants with prejudice pursuant to Federal Rule of Civil Procedure 21, which provides, in pertinent part, that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Defendants Wrobel, Ansley and Morgan consent to Plaintiff's motion.

After consideration of the consent motion, the Court uses its discretion to **DROP** Defendants Wrobel, Ansley and Morgan as

defendants in this matter, **with prejudice**. The Clerk is **DIRECTED** to terminate these individuals as defendants upon the docket. Additionally, in light of this Order, Wrobel, Ansley and Morgan's supplemental motion to dismiss, dkt. no. 71, is **DENIED as moot**. The motion hearing scheduled for October 3, 2022 is cancelled.

**SO ORDERED**, this 28th day of September, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA