# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

BIANCA S. HOOD,

    Plaintiff,

v.

MATTHEW LAWRENCE, ET AL.,

    Defendants.

CV 5:21-064

## ORDER

Before the Court is Plaintiff Bianca Hood's Notice of Voluntary Dismissal, dkt. no. 105, wherein she notifies the Court that she wishes to dismiss her claims against Defendant Matthew Lawrence. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted against Defendant Lawrence in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. Additionally, Plaintiff's pending Motion to Amend, dkt. no. 81, is deemed **WITHDRAWN.** There being no claims remaining in this action, the Clerk is **DIRECTED** to close this case.

**SO ORDERED,** this 27 day of February, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA